# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA D. JENSEN,<br><br>                **Plaintiff,**<br><br>    vs.<br><br>FIRST NATIONAL OF NEBRASKA, INC.,<br>FIRST NATIONAL BANK OF OMAHA,<br>FIRST NATIONAL ADVISORS, LLC, and<br>JOHN DOES 1-5,<br><br>                **Defendants.** | 8:19CV323<br><br>INITIAL PROGRESSION ORDER |

This matter is before the Court following a telephone conference held with counsel for the parties on January 10, 2020. In accordance with the matters discussed during the telephone conference,

**IT IS ORDERED**:

1) The deadline for serving initial mandatory disclosures under Rule 26(a)(1) is **March 6, 2020**.

2) Plaintiff is granted leave to file an amended complaint within 30 days after receipt of the NEOC's issuance of the determination in Plaintiff's pending charge of discrimination.

Dated this 10th day of January, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge