IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA D. JENSEN,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL OF NEBRASKA, INC., et al.<br><br>Defendants. | 8:19-CV-323<br><br>ORDER |

The Court has been advised that the parties have resolved their claims. Filing 39. Accordingly,

IT IS ORDERED:

1. The status conference set for February 8, 2021 is canceled.

2. On or before March 22, 2021, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of their claims.

3. Absent compliance with this order, this case may be dismissed without further notice.

Dated this 5th day of February, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge